

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

*445 Broadway, Room 218*    *Tel.: (518) 431-0247*
*James T. Foley U.S. Courthouse*    *Fax: (518) 431-0249*
*Albany, New York 12207-2924*

October 10, 2018

*VIA CM/ECF*

Hon. Mae A. D'Agostino
U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 407
Albany, NY 12207

Re:   *United States v. Hobbs*, 1:17-CR-177 (MAD)

Dear Judge D'Agostino:

The government, with the consent of the defendant, seeks a 45-day adjournment of the sentencing in this case, which is currently set for October 18 2018 at 9:30 a.m. in Albany, New York.

        Very Truly Yours,

        GRANT C. JAQUITH
        United States Attorney

By:   _____
        Wayne A. Myers
        Assistant United States Attorney
        Bar Roll No. 517962